IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL NO. 1:05CR256-4**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| **PRESTON LYNDEL BROWN** | ) | |

**THIS MATTER** is before the Court on Defendant's motion to unseal the Conditions of Release issued November 17, 2005, by the undersigned. For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to unseal is **ALLOWED**, and the Clerk is directed to unseal the Conditions of Release filed November 17, 2005, make a copy of the document, and mail it directly to the Defendant as requested by counsel. The document shall then be placed under seal.

Signed: November 8, 2006

Dennis L. Howell
United States Magistrate Judge