# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR256

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| PRESTON LYNDEL BROWN ) | |

**THIS MATTER** is before the Court on the Government's motion to reduce Defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

For the reasons stated therein,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the Defendant's sentence is hereby reduced from a term of 36 months imprisonment to a term of 18 months imprisonment, with all other terms and conditions of the Judgment of Conviction to remain in full force and effect. The Clerk of Court shall prepare an amended Judgment in accordance with the terms herein.

The Clerk is directed to transmit this Order electronically to the United States Attorney, the United States Marshal, defense counsel, and to the Warden of the federal correctional facility where the Defendant is currently imprisoned, and to mail a copy to the Defendant.

Signed: February 22, 2007

Lacy H. Thornburg
United States District Judge